IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRANDON LESH'E BLOUNT,**

    **Plaintiff,**

v.                                                                                          Case No. 1:23-cv-101-AW-MJF

**A. ALFONZO,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff failed to comply with court orders, pay the filing fee, or prosecute the action, the magistrate judge recommended dismissal. ECF No. 5. Plaintiff has filed no objection to the report and recommendation. I agree with the magistrate judge and now dismiss the case.

The report and recommendation (ECF No. 5) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders, failure to prosecute, and failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on August 28, 2023.

                                                              s/ *Allen Winsor*
                                                              United States District Judge